# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THOMAS SCRIVENS,

    Plaintiff,

v.                                                  Case No: 8:24-cv-1977-WFJ-TGW

460 HALE LLC, *et al.*,

    Defendants.
_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of Plaintiff's and Defendant 460 Hale LLC's submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 44) as to these two parties is granted. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A. The case is dismissed with prejudice against Defendant 460 Hale LLC. The Court retains jurisdiction to enforce the settlement for a period of forty-five (45) days.

    **DONE** and **ORDERED** in Tampa, Florida on April 16, 2025.

                                                           s/*William F. Jung*
                                                            **WILLIAM F. JUNG**
                                                            **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record