UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS SCRIVENS,

    Plaintiff,

v.                                            Case No. 8:24-cv-1977-WFJ-TGW

PHILLIP SCOTT MANAGEMENT
AND INVESTMENTS, LLC, and
RANDALL CORTNER,

    Defendants.
_____/

## ORDER

    Before the Court is Plaintiff Thomas Scrivens' Motion for Entry of Default Final Judgment (Dkt. 43) and United States Magistrate Judge Wilson's well-reasoned and thorough report and recommendation (Dkt. 53). Judge Wilson held a hearing and recommends that the motion be granted in part and denied in part. The time for filing objections has passed.

    The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). Judge Wilson found that Plaintiff demonstrated liability in this FLSA claim for unpaid wages and unpaid overtime wages. The Magistrate Judge properly found that Plaintiff is not entitled to back pay and other speculative damages. For the reasons

explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 53) is adopted, confirmed, and approved in all respects and made a part of this order.

    2. Plaintiff's motion for default judgment (Dkt. 43) is granted in part and denied in part as set forth in more detail in the Report and Recommendation at docket 53.  Plaintiff is awarded unpaid wages of $54,080, unpaid overtime wages of $10,400, liquidated damages as to the wage claim of $34,450, and liquidated damages of $10,400 as to the overtime wage claim.  The motion is otherwise denied.

    3. The Clerk is directed to enter final default judgment in favor of Plaintiff Thomas Scrivens and against Defendants Phillip Scott Management and Investments, LLC, and Randall Cortner in the total amount of $109,330.

    4. The Clerk is directed to close the case.

    **DONE AND ORDERED** at Tampa, Florida, on September 5, 2025.

                                                           WILLIAM F. JUNG
                                                           UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record